Robyn MASINGILL *v.* STATE of Arkansas

CR 83-15                                    648 S.W.2d 62

Supreme Court of Arkansas
Opinion delivered March 21, 1983

*Felver A. Rowell, Tom Donovan,* and *John Wesley Hall, Jr.,* for petitioner.

*Steve Clark,* Atty. Gen., by: *Victra L. Fewell,* Asst. Atty. Gen., for respondent.

PER CURIAM. The Court of Appeals reversed appellant's conviction of tampering with evidence. *Masingill* v. *State,* 7 Ark. App. 90, 644 S.W.2d 614 (1983). We granted the State's petition to review that reversal. After carefully studying the issues presented and the record, we are of the view that the petition was granted under a misconception. Consequently, we dismiss the petition. As we have said, a denial of a petition for review does not imply approval or disapproval

of the decision. *Wilson* v. *City of Pine Bluff*, 278 Ark. 65, 643 S.W.2d 569 (1983); *Moose* v. *Gregory*, 267 Ark. 86, 590 S.W.2d 662 (1979).

Petition dismissed.